THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| OLEG SOCOLOV,<br><br>Petitioner,<br><br>v.<br><br>UTAH ATTORNEY GEN. et al.,<br><br>Respondents. | **MEMORANDUM DECISION & ORDER TO SHOW CAUSE REGARDING FILING OF AMENDED PETITION**<br><br>Case No. 4:21-CV-14-DN<br><br>District Judge David Nuffer |

Petitioner, inmate Oleg Socolov, filed a *pro se* habeas-corpus petition, under 28 U.S.C.S. § 2241 (2023) ("The writ of habeas corpus shall not extend to a prisoner unless . . . he is in custody in violation of the Constitution or laws or treaties of the United States . . . .").

On July 5, 2022, the Court granted Petitioner's motion for permission to amend his petition and gave him thirty days in which to file the amendment. (ECF No. 12.) On July 26, 2022, Petitioner asked for sixty more days. (ECF No. 14.) More than nine months later, an amended petition has still not been filed and Petitioner has not been heard from again in this action.

**IT IS THEREFORE ORDERED** that:

**(1)** Petitioner shall have a **THIRTY DAYS** in which to **SHOW CAUSE** why this action should not be dismissed because of Petitioner's failure to file an amended petition and to prosecute this case, *see* Fed. R. Civ. P. 41(b); DUCivR 41-2.

**(2)** The Clerk's Office shall mail Petitioner a copy of the Pro Se Litigant Guide with a proper form petition to completed, according to directions, if desired.

**(3)** If Petitioner fails to respond and file an amended petition, this action will be dismissed without further notice.

DATED this 8th day of May, 2023.

BY THE COURT:

JUDGE DAVID NUFFER
United States District Court